| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CXE 20-027819<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER | Order Filed on April 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT GEVERS AKA ROBERT M. GEVERS AND JENNIFER GEVERS AKA JENNIFER M. GEVERS, DEBTORS | Case No.: 20-21957-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: April 1, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Straffi & Straffi, Attorneys for the Debtor(s), upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 403 Glenn Avenue, Egg Harbor Township, NJ 08234.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $8,517.87; as evidenced in Secured Creditor's Proof of Claim No. 17 filed on January 4, 2021.

3. Debtor(s) agree to incorporate this amount, $8,517.87, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition default.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan directly to Secured Creditor, which currently amount to $2,544.70 monthly.

5. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 10, 2020; ECF Doc.:13.

6. This Consent Order is hereby incorporated into Debtors' Chapter 13 Plan.


We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP


/s/Elizabeth L. Wassall                                            Date: 3-29-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                                   Date: 3/29/21
Daniel E. Straffi, Esquire
Attorney for the Debtors